

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-14-00110-CV

Mary **MOCZYGEMBA**,
Appellant

v.

Thomas J. **MOCZYGEMBA** and Harry Lee Moczygemba,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 12-10-0573-CVW
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellant's brief was due on May 29, 2014. On June 30, 2014, appellant filed an unopposed second motion for extension of time and requested an additional two weeks to file appellant's brief. The total extension is forty-one days. The motion is GRANTED. Appellant's brief is due July 11, 2014.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

Keith E. Hottle
Clerk of Court